Núms. 8235 y 8236.—ELBERTA CRATE & BOX Co., aplda. y aplte., *v.* NITRATE AGENCIES Co., ETC., apltes. y apldos.—C. D. San Juan. ▉ Junio 9, 1941.

(Por la Corte, a propuesta del Juez Asociado Sr. De Jesús.)

POR CUANTO, el error de hecho señalado por la apelante, que no fué corregido en los autos del caso núm. 8236 que tuvimos a la vista al discutir el recurso interpuesto por la apelante (véase opinión ante, pág. 731), no afecta en forma alguna nuestra decisión, ya que la demanda de este pleito sólo hubiera podido prosperar en caso de demostrarse que Standard Fruit Co. y Standard Fruit Co. *of Porto Rico* eran entidades distintas;

POR CUANTO, esa prueba incumbía a la demandante apelante, por ser ella quien alegaba la nulidad del embargo, artículo 108 Ley de Evidencia, y dicha prueba no fué presentada;

POR TANTO, no ha lugar a la reconsideración solicitada.